The Order of the Commonwealth Court is affirmed.

933 A.2d 649

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Eric SAMUEL, Petitioner.**

Supreme Court of Pennsylvania.

Sept. 27, 2007.

### ORDER

PER CURIAM.

**AND NOW,** this 27th day of September, 2007, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by petitioner, is:

Whether the trial court erred in applying § 9714 mandatory strike two provision when Petitioner had not been convicted of a crime of violence in the instant case as the jury was neither

instructed to find nor did it find that a person was present when Petitioner entered a building adapted for overnight accommodation.